AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

9/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY:    OD    DEPUTY

United States of America

v.

RICHARD LORENZO MARTINEZ,

Defendant

FILED
CLERK, U.S. DISTRICT COURT

9/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY:    DL    DEPUTY

Case No.    2:22-mj-03825-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 15, 2022 in the county of Los Angeles in the Central District of California, the

defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/
_____
Complainant's signature

Stephen J. May, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 b_ tele_hone.

Date:    9/27/2022

*Rozella a. Oli*
_____
Judge's signature

City and state:    Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
_____
Printed name and title

AUSA:  Bruce Riordan (213-894-0480)

**AFFIDAVIT**

I, Stephen J. May, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant for RICHARD LORENZO MARTINEZ ("MARTINEZ") for violation of 18 U.S.C. § 2113(a) (Bank Robbery).   MARTINEZ is currently in custody at the Los Angeles County Jail.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for the past 23 years.  From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI.  From December 2003 to the present, I have worked as a Bank Robbery Investigator in the Los Angeles Division of the FBI.  And since May 2005, I have also been the Bank Robbery Coordinator in the Los Angeles Division of the FBI.

1

4.    As a Bank Robbery Investigator and Bank Robbery
Coordinator, I investigate bank robbery cases assigned to me and
review, analyze, and disseminate investigative data (including
bank surveillance photographs) on nearly all bank robberies that
occur in the Central District of California.  Since May 2005,
there have been more than 3,500 bank robberies in the Central
District of California.

5.    Since October 2013, I have also been the lead FBI
Agent for the San Gabriel Valley Violent Crime Task Force, which
works in conjunction with Task Force Officers from the Los
Angeles County Sheriff's Department to investigate commercial
and retail robberies.

6.    On February 27th and 28th of 2014, I received basic
training (Cellular Survey Analysis and Geo-location) from the
FBI Cellular Analysis and Survey Team, which included utilizing
cellular tower logs to identify a subject phone or phones of
different crimes, even when it was not clear whether a cell
phone was in use during the commission of the crime.  I have
also analyzed tower dump data sets and historical cell site data
sets for my own FBI cases and other local police departments'
investigations on a number of occasions.

7.    On September 8, 2020, I completed the ZetX E-learning
eight-hour (self-paced) training course – "Forensic Analysis of
Cellular Networks."  The course provided a detailed instruction
on cellular technologies operating in the United States.  The
history of cellular technologies, the different technologies
used in cellular networks, and mapping considerations associated

with the networks were thoroughly covered.  Additionally, there was an introduction to drive-test techniques (network survey), equipment overview, and how to map and analyze drive test data. The course concluded with instruction about how to present forensic call detail mapping evidence in court.

8.   On November 4 and continuing through November 6, 2020, I virtually attended and completed the ZetX WEXA training conference.  The WEXA Conference brought together Historical Cell Site Location Information Subject Matter Experts from across the nation to present criminal investigations and shared investigative approaches.  In addition, the WEXA conference covered Long Term Evolution technology, Radio Frequency exposure, real-time location data, cellular technology updates, and drive-test surveys.

9.   In connection with the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, including FBI Special Agents and local law enforcement detectives who were experienced with commercial robbery investigations, I am familiar with the methods used by individuals to commit commercial robberies as well as effective investigative methods used to solve them.

### III. __SUMMARY OF PROBABLE CAUSE__

10.  Los Angeles County Sheriff's Department ("LASD"), the Federal Bureau of Investigation ("FBI"), and other law enforcement agencies, investigated a series of at least four related robberies, in violation of 18 U.S.C. 2113(a) – Bank Robbery.  The bank robbery series started on or about July 8, 2022 and continued through August 15, 2022.  Based on information set forth below, law enforcement identified MARTINEZ as the suspected robber.  As set forth below, a search of MARTINEZ's residence revealed clothing matching clothing worn during some of the robberies, a demand note, a saw-offed shotgun, a silver/black handgun with a black extended magazine, and approximately $1,200 in twenty-dollar bills.  Finally, MARTINEZ has confessed to his involvement in the three of the four bank robberies (law enforcement was unaware of the fourth robbery at the time of MARTINEZ's interview and, therefore, did not question MARTINEZ about it).

### IV. __STATEMENT OF PROBABLE CAUSE__

**A.  August 15, 2022 – Wells Fargo Bank – Industry, California**

11.  I have read the LASD reports related to this incident (I also responded to the location).  Based on my review of the incident report and supplemental report, I learned the following:

a.  On August 15, 2022, at approximately 10:17 a.m., Wells Fargo Bank located at 121 S. Hacienda Boulevard, Industry,

California 91744 (the **"SUBJECT ROBBERY 1"**) was robbed (attempt) by an unknown Hispanic Male.

       b.   Bank employee G.C. was interviewed and stated that while working, the robber approached G.C. at the teller window.  The robber slid a note under the teller window.  G.C. opened the paper, which was handwritten in black marker.  The note read, "THIS IS A ROBBERY! HAND OVER MONEY. NO DIE PACKS OR TRACERS PLEASE."  G.C. was unsure if the robber was armed with a weapon.  G.C. whispered to G.C.'s manager.  The robber demanded G.C. to hurry up and retrieve the money.  Instead, G.C. slowly backed away from the teller window.  G.C. stated that when the robber realized that G.C. was not going to retrieve any of the money the robber was demanding from G.C., the robber walked away from the teller window and exited the bank.

       c.   I interviewed bank employee C.M. who stated that at the time of the robbery, the bank was insured by the Federal Deposit Insurance Corporation ("FDIC") and there was no loss.

       d.   LASD Detective Steve Fernandez reviewed a video from Denny's located at 15553 Valley Boulevard, City of Industry, California.  Based on Detective Fernandez's viewing of the video, Detective Fernandez believed that the suspect drove to/from the robbery in a black convertible Chevrolet Camaro.

      e.   I received bank surveillance images from the bank.  Below is one of the images:



      f.   Below is an image of the demand note used and recovered during the robbery:



**B.   August 15, 2022 – Wells Fargo Bank – Santa Fe Springs, California**

12.   I have read the Whittier Police Department ("WPD") report related to the incident (I also responded to the location).  Based on my review of the incident report and supplemental report, I learned the following:

a.   On August 15, 2022, at approximately 10:52 a.m., the Wells Fargo Bank located at 11701 E. Telegraph Road, Santa Fe Springs, California 90670 (the **"SUBJECT ROBBERY 2"**) was robbed (attempt) by an unknown Hispanic male.

b.   I interviewed victim teller M.S., who provided the following information:

i.   M.S. saw the robber as the robber stood in the platform area. The robber walked toward the front of the line. The robber first went to window six, but it was closed. The robber went back in the customer service line and M.S. called the robber to her window. The robber approached M.S.'s window and slid a demand note through the bandit barrier tray. M.S. took the note and read the note. The note contained words to the effect of:  "Money. ROBBERY!!! Hand (or give) me the money."  The word "robbery" was underlined. The note was handwritten on white line paper (small flip style notepad).

ii.   M.S. felt nervous.  M.S. told the robber, "No." The robber asked, "No?"  SANCHEZ said, "Yeah. No." The robber exited the bank through the east doors.

c.    I interviewed bank employee E.G. who stated that at the time of the robbery, the bank was insured by the Federal Deposit Insurance Corporation ("FDIC") and there was no loss.

d.    The Whitter Police Report reviewed the video from WIP, 17755 Telegraph Road, Santa Fe Springs, California (a near-by business to the bank).   Based on WPD viewing of the video, WPD determined and described the suspect vehicle as a black colored two door Chevrolet convertible.   In the video, the suspect is seen exiting and entering the vehicle's driver's side door.

e.    I received bank surveillance images from the bank.  Below is one of the images:



**C.    August 15, 2022 — Pacific Premier Bank — Montebello, California**

13.  I have read the Montebello Police Department ("MPD") report related to the incident (I also responded to the

location).  Based on my review of the incident report and
supplemental report, I learned the following:

      a.   On August 15, 2022, at approximately 11:18 a.m.,
the Pacific Premier Bank located at 2401 W. Whittier Boulevard,
Montebello, California 90640 (the **"SUBJECT ROBBERY 3"**) was
robbed (money taken) by an unknown Hispanic male.

      b.   Victim teller, R.L., stated that the robber
entered the bank and approach R.L.'s teller window.  The robber
produced a note from a black bag and handed the note to R.L.
R.L read the note, which said, "This is a robbery, give me the
money."  R.L. became extremely frightened at that time and there
was more writing on the note but could not remember at that
time. Fearing for her safety, R.L. removed the listed loss from
her till at which time the robber said, "Stay calm.  Don't give
me any dye packs and everything will be okay."  Fearful, R.L.
gave the robber money from R.L.'s teller drawer.  The robber
took the money and placed the money in the bag.  The robber then
fled the bank through the west facing door.

      c.   I interviewed security J.K. who stated that at
the time of the robbery, the bank was insured by the Federal
Deposit Insurance Corporation ("FDIC") and the loss to the bank
was $2,710 in Untied States currency.

       d.   I reviewed the bank video and located an image of a black Chevy Camaro just minutes prior to the bank robbery:

       e.   I received bank surveillance images from the



bank.  Below is one of the images:



**D.   Involvement in Other Robberies Under Investigation**

    14.  In addition to the  robberies discussed above, law enforcement believes MARTINEZ to be robber in the following bank robbery, which had a similar <u>modus operandi</u>:

       a.   **<u>July 8, 2022</u>**,; Wells Fargo Bank, 101 E. Chapman

Avenue, Orange, California.

   b. I reviewed the Orange Police Department incident
report for that bank robbery and I learned the following:

     i. Victim M.G. stated the robber provided a
note that stated it was a robbery and that the robber had a gun.
M.G. said that the robber used his right hand to pull the right
side of the flannel shirt that he was wearing untucked to expose
the area of his front pant pocket.  When the robber pulled his
right flannel shirt back, M.G. observed a black object on the
robber that M.G. believed to be a handgun.  M.G. stated M.G. was
unsure if it was an actual firearm.

   c. I received from Detective Fernandez images from
this robbery.  Below are those images.

   d. In both images the robber's flannel shirt can be
seen.  The image on the right shows the robber reaching under

 

this flannel shirt with his right hand and adjusting what
appears to be a handgun with an extended magazine located in the
rear waistband area of the robber, a location consistent with

11

the observation made by M.G.

**E.   Identification of MARTINEZ**

15.  Detective Fernandez and LASD personnel utilized investigatory databases to look for a 2019 black Chevrolet Camaro in the areas of City of Industry, Santa Fe Springs, and Montebello, California, on August 15, 2022.  Based on the database research using department resources, there was a vehicle that matched the description of the vehicle with California license plate 8WDS973.

16.  This vehicle/license plate was captured/documented on the Automated License Plate Reader on August 15, 2022 near some of the following locations:

    a.   10:34 a.m. approximately 8.7 miles away from the Wells Fargo Bank in the City of Industry.

    b.   10:55 a.m. approximately .2 miles away from the Wells Fargo Bank in Santa Fe Springs, California.

    c.   11:26 a.m. approximately 2.7 miles away from the Pacific Premier Bank in Montebello, California.

17.  A California Department of Motor Vehicle ("DMV") records check indicated that MARTINEZ is a registered owner of the Camaro and listed the address of 10629 Reichling Lane, Whittier, California.

18.  Detective Fernandez obtained a California DMV photograph of MARTINEZ.  Based on Detective Fernandez's viewing of the DMV photograph of MARTINEZ, Detective Fernandez believed that MARTINEZ has a strong resemblance to the bank robber (eyes, nose, height, and weight).

19.  Based on this information as well as the fact that the robberies were generally similar in nature (all banks), with similar description of the robber, similar clothing worn, and similar use of  a demand note, and a black zippered portfolio, Detective Fernandez determined that MARTINEZ is the robber in each robbery and prepared a search warrant and arrest warrant for MARTINEZ.

**F.   Execution of Search Warrant at MARTINEZ's residence**

20.  On August 22, 2022, the Honorable Judge Margret Bernal of the Norwalk Superior Court approved and signed a search warrant along with a <u>Ramey</u> arrest warrant for MARTINEZ.  LASD Detective Steve Fernandez authored the warrant for 10629 Reichling Lane, Whittier, California.

21.  On August 23, 2022, LASD Major Crimes Metro-Detail detectives served search warrants at 10629 Reichling Lane, Whittier, California.

a.   Based on the execution of the search warrant, the following items were found in what was determined to be MARTINEZ's bedroom (a room attached to the garage in rear of property):

i.   Black portfolio with Michigan State Spartan's Logo

ii.  White note card with the words "ROBBERY! HAND OVER MONEY. Per Policy."

iii. Blue size 10 slip on shoes with white soles

iv.  Black "Mossberg" shotgun

       v.    Black marker with blank index cards recovered from a backpack

       vi.  Box of clear vinyl gloves

       vii. $1,200 in United States currency

    b.    Parked outside the in the driveway was a black Chevrolet Camaro bearing California License plate number "8WDS973."  Based on the search of the vehicle, the following items were found:

       i.    A box of .40 caliber ammunition

       ii.  Underneath the rear seat, a black and silver .40 caliber semi-automatic handgun with an extended magazine.

    c.    Detective Fernandez spoke with the one of the owners of the property and confirmed that although she was a co-owner of the Camaro, MARTINEZ was the only one who drove the Camaro.

    d.    Below is an image of the demand note and black portfolio recovered in MARTINEZ's room:



e.   Below is an image of the gun recovered inside the Camaro (Notice the extended magazine):



**G.   Post <u>Miranda</u> Interview of MARTINEZ**

22.   After MARTINEZ's arrest, MARTINEZ was interviewed by Detective Fernandez and Detective Vital.  Detective Fernandez read MARTINEZ his <u>Miranda</u> rights and MARTINEZ stated MARTINEZ understood his rights and agreed to talk.  During the audio recorded interview, MARTINEZ stated the following:

a.   MARTINEZ stated he robbed the following three (3) banks (**The Subject Robbery 1, 2, and 3**):

i.   **<u>August 15, 2022</u>**, Wells Fargo Bank, 121 S. Hacienda Boulevard, Industry, California **(Subject Robbery 1)**;

ii.   **<u>August 15, 2022</u>**, Wells Fargo Bank, 11701 Telegraph Road, Santa Fe Springs, California **(Subject Robbery 2)**; and

        iii. **August 15, 2022**, Pacific Premier Bank, 2401 W. Whittier Boulevard, Montebello, California **(Subject Robbery 3)**.

        b.   MARTINEZ stated that the gun that was recovered in the Camaro was his gun.

        c.   MARTINEZ stated that he is the only one that drove the Camaro.

        d.   MARTINEZ stated that the $1,200 located in his room was from the bank.

## V.  CONCLUSION

23.  For all the reasons described above, there is probable cause to believe that MARTINEZ has committed three (3) violations of 18 U.S.C. § 2113(a) (Bank Robbery) as described above.

_____

/S/

SA Stephen J. May
Federal Bureau of Investigation

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>27th</u> day of
September 2022.

_____

UNITED STATES MAGISTRATE JUDGE